ROBERT A. DOLINKO (Cal. SBN 076256)
CHRISTOPHER D. BAKER (Cal. SBN 181557)
DEBORAH R. SCHWARTZ (Cal. SBN 208934)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
Telephone:     (415) 371-1200
Facsimile:     (415) 371-1211

Attorneys for Plaintiff
MELINDA S. NYKAMP


PATRICK H. HICKS (Cal. SBN 131509)
ROGER L. GRANDGENETT II (Cal. SBN 196044)
LITTLER MENDELSON
A Professional Corporation
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV   89109
Telephone:     (702) 862-8800
Facsimile:     (702) 862-8811

Attorneys for Defendants
FAIR ISAAC CORPORATION and
THOMAS G. GRUDNOWSKI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELINDA S. NYKAMP, an individual, | CASE NO. C 05 01788 SBA |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| FAIR ISAAC CORPORATION, a Delaware Corporation, and THOMAS G. GRUDNOWSKI, an individual and Chief Executive Officer of Fair Isaac Corporation, | |
| Defendants. | |

Pursuant to Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure, the parties to the above-entitled action, plaintiff Melinda S. Nykamp and defendants Fair Isaac Corporation and Thomas G. Grudnowski, through their counsel of record, hereby stipulate and agree that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE.  Each of the parties shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  August 5, 2005                                    THELEN REID & PRIEST LLP


                                                          By: _____/s/_____
                                                              Christopher D. Baker
                                                              Deborah R. Schwartz
                                                              Attorneys for Plaintiff
                                                              MELINDA S. NYKAMP


Dated:  August 5, 2005                                    LITTLER MENDELSON


                                                          By: _____/s/_____
                                                              Patrick H. Hicks
                                                              Roger L. Grandgenett II
                                                              Attorneys for Defendants
                                                              FAIR ISAAC CORPORATION and
                                                              THOMAS G. GRUDNOWSKI

**ORDER**

IT IS SO ORDERED.


Dated: August 22, 2005                                    s/Saundra Brown Armstrong

                                                          UNITED STATES DISTRICT JUDGE